JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HYUNJIN KANG,

                              Petitioner,

          v.

MARKWAYNE MULLIN, *et al.*,

                              Respondents.

Case No. 5:26-cv-01827-DMK

**JUDGMENT**

        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED:  June 8, 2026

_____
DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE